THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK LABICKI, Appellant, *v.* WARDEN OF AUBURN STATE PRISON, Respondent.

Submitted October 7, 1938; decided October 25, 1938.

*Frank Labicki,* appellant, in person.

*John J. Bennett, Jr.,* Attorney-General (*Patrick H. Clune* and *Edward T. Boyle* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.